**Dated: May 15, 2026**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                      )
                                            )      Case No. 26-11631-JDL
Jennifer Catherine Rader,                   )      Chapter 11
                                            )
                    Debtor.                 )

### ORDER TO SHOW CAUSE

On May 15, 2026, Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code. A review of the case indicates Debtor has not filed her Certificate of Credit Counseling. Debtor certified that she received a briefing from an approved credit counseling agency within the 180 days before filing. However, the Certificate was not filed with the Petition. Without the Certificate of Credit Counseling, the Court cannot determine Debtor's eligibility to be a debtor.

Further, it appears Debtor has not filed all schedules, statement of financial affairs, pay advices, means test, declaration of schedules, and summary of assets and liabilities required to be filed **on or before May 29, 2026.**.

The Court may dismiss a case after notice and a hearing and only for cause,

including unreasonable delay by the debtor that is prejudicial to creditors.  11 U.S.C. § 707(a)(1).

Accordingly, Debtor is directed to show cause on **June 10, 2026. at 10:00 a.m., before the Honorable Janice D. Loyd, 215 Dean A. McGee Avenue, 2nd Floor Courtroom, Oklahoma City, OK**, why this case should not be dismissed for failure to comply with  Section 109(h) of the United States Bankruptcy Code and file all missing documents listed above.

# # #