# Notice Recipients

District/Off: 1087–5              User: admin                Date Created: 6/8/2026
Case: 26–11631                   Form ID: pdf001            Total: 19

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee        Ustpregion20.oc.ecf@usdoj.gov
aty      Clayton D Ketter        cdketter@phillipsmurrah.com
aty      Jason A Sansone        jasansone@phillipsmurrah.com
aty      Jeffrey E Tate        jeff.tate@usdoj.gov
aty      Joel W. Harmon        joel.harmon@crowedunlevy.com
aty      Larry Glenn Ball        lball@hallestill.com
aty      Marjorie J. Creasey        marjorie.creasey@usdoj.gov
aty      Melvin R. McVay, Jr.        mrmcvay@phillipsmurrah.com
aty      Timothy J. Gallegly        tim.gallegly@crowedunlevy.com

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Jennifer Catherine Rader        740 Turnberry Land        Edmond, OK 73025
cr       Valliance Bank        c/o Jason A. Sansone        Phillips Murrah P.C.        424 NW 10th Street, Suite 300        Oklahoma City, OK 73103
intp     Andrew French        c/o Larry G. Ball        100 N. Broadway Avenue, Ste. 2900        Oklahoma City, OK 73102–8865
cr       BancFirst        PO Box 26788        100 N. Broadway        Oklahoma City, OK 73102
smg      Jolene M. Wise        Securities and Exchange Commission        175 W. Jackson Blvd., Suite 900        Chicago, IL 60604
smg      Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101–7346
smg      Oklahoma Employment Security Commission        PO Box 53039        Oklahoma City, OK 73152–3039
7041466  Banc First        101 N. Broadway        Oklahoma City, Oklahoma 73102
7041467  Valliance Bank        210 Park Ave Suite 202        Oklahoma City, Oklahoma 73102
7041669  Valliance Bank        c/o Jason Sansone        Phillips Murrah P.C.        424 NW 10th Street, Suite 300        Oklahoma City, OK 73103

TOTAL: 10